

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00184-CV

| | | |
|---|---|---|
| BILLY JOE ORTEGA ENRIQUEZ AND ALL OCCUPANTS, Appellant | § | On Appeal from County Court at Law No. 1 |
| | § | of Tarrant County (2018-009429-1) |
| V. | § | February 13, 2020 |
| CAPITAL PLUS FINANCIAL, LLC, Appellee | § | Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Billy Joe Ortega Enriquez and All Occupants shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Wade Birdwell
Justice Wade Birdwell